UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA L. SOLIS,

    Plaintiff,

v.                                        CASE NO.: 8:09-cv-2109-T-23EAJ

ADA'S NATURAL FOODS, INC., and
EDWARD BONADIES,

    Defendants.
_____/

**ORDER**

The plaintiff sues pursuant the Fair Labor Standards Act, 29 U.S.C. § 201-219, (the "FLSA"). Although the Clerk defaulted the defendant Ada's Natural Foods, Inc., the plaintiff failed to apply for a default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, and Local Rule 1.07(b). Accordingly, an April 2, 2010, order (Doc. 8) directs the plaintiff to file a written response on or before April 9, 2010, showing cause why this action should not be dismissed pursuant to Local Rule 3.10 for failure to prosecute. In response, the plaintiff moves (Doc. 9) for a default judgment. The plaintiff's motion (Doc. 9) contains no memorandum of legal authority (which memorandum is required under Local Rule 3.01) supporting either (1) the court's enjoining the defendant from further violations of the FLSA[1] or (2) the court's supervising both the collection and the distribution of a default judgment (Doc. 9-2).

---

[1] Additionally, the plaintiff proposes an unenforceable obey-the-law injunction. See E.E.O.C. v. Fla. Institute for Neurologic Rehabilitation, Inc., 2009 WL 3816859 (M.D. Fla. 2009).

Accordingly, the plaintiff's motion (Doc. 9) is **DENIED WITHOUT PREJUDICE**. The plaintiff may file an amended motion no later than **April 27, 2010**. Failure to move for a default judgment will result in dismissal of this action without further notice.

ORDERED in Tampa, Florida, on April 15, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE