UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA L. SOLIS,
Secretary of Labor,

    Plaintiff,

v.                                    CASE NO.: 8:09-cv-2109-T-23EAJ

ADA'S NATURAL FOODS, INC., and
EDWARD BONADIES,

    Defendants.
_____/

## **ORDER**

The Secretary sues pursuant the Fair Labor Standards Act, 29 U.S.C. § 201-219, (the "FLSA"). Although the Clerk defaulted the defendant Ada's Natural Foods, Inc., the Secretary failed to apply for a default judgment pursuant to Rule 55(b), Federal Rules of Civil Procedure, and Local Rule 1.07(b). Accordingly, an April 2, 2010, order (Doc. 8) directed the Secretary to file a written response on or before April 9, 2010, showing cause why this action should not be dismissed pursuant to Local Rule 3.10 for failure to prosecute. In response, the Secretary moved (Doc. 9) for a default judgment. An April 15, 2010, order (Doc. 13) denied the motion (Doc. 9) without prejudice because the motion contained no memorandum of legal authority and proposed an unenforceable obey-the-law injunction.

The Secretary files an amended motion (Doc. 14) for a default judgment. The amended motion (Doc. 14) is **GRANTED IN PART** and **DENIED IN PART**. No later

than fifteen (15) days after entry of this order the defendant shall (1) pay to the Secretary (by check or money order payable to the "Wage and Hour Division--Labor") **$31,686.16** in back wages and liquidated damages and (2) send to the Secretary the defendant's employer identification number and, to the extent that the defendant possesses the information, both the last known address and social security number of each employee listed in the "schedule" attached to this order.

Although the Secretary asserts that "no mitigating factor[] . . . support[s] an argument against an injunction," the Secretary neither shows a reasonable likelihood that the defendant will recidivate nor provides any justification for this court's permanently enjoining a defaulted corporate defendant whose principal (the individual defendant in this action) neither appears nor defaults, yet by force of Rule 65(d)(2), Federal Rules of Civil Procedure, is bound by an obey-the-law injunction against the corporation. See S.E.C. v. Sky Way Global, LLC, ___ F. Supp. 2d ___, 2010 WL 1626395, *8 (M.D. Fla. 2010). Additionally, the Secretary's proposed obey-the-law injunction is unenforceable, violates Rule 65(d)(1), and conflicts with both the defendant's constitutional rights and the separation of powers principle. 2010 WL 1626395. Accordingly, to the extent that the Secretary seeks a permanent obey-the-law injunction, the motion (Doc. 14) is **DENIED**. The Clerk is directed to (1) enter a judgment in favor of the Secretary and against the defendant in the amount of $31,686.16; (2) terminate any pending motion; and (3) close the case.

ORDERED in Tampa, Florida, on April 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

## SCHEDULE A

| Name | Period Covered by Work Week Ending Dates | Backwages Due | Liquidated Damages |
| --- | --- | --- | --- |
| Janatte Adame | 01/10/2009 to 02/21/2009 | $1,371.44 | $1,371.44 |
| Jesse Barthelemy | 01/24/2009 to 02/21/2009 | $1,048.00 | $1,048.00 |
| Jorge Diaz | 01/10/2009 to 02/07/2009 | $1,048.00 | $1,048.00 |
| Amy Dimon | 01/24/2009 to 02/21/2009 | $1,048.00 | $1,048.00 |
| Allen Harlick | 01/24/2009 to 02/21/2009 | $651.99 | $651.99 |
| Brenda Jasilewicz | 01/10/2009 to 02/21/2009 | $1,572.00 | $1,572.00 |
| Joshua Jasilewicz | 01/24/2009 to 02/07/2009 | $395.62 | $395.62 |
| April King | 01/24/2009 to 02/07/2009 | $363.53 | $363.53 |
| Diane Lindbergh | 01/17/2009 to 02/07/2009 | $933.96 | $933.96 |
| Patricia Luzarranga | 01/24/2009 to 02/07/2009 | $524.00 | $524.00 |
| Norma Medina | 01/24/2009 to 02/07/2009 | $107.09 | $107.09 |
| Mark Medley | 01/24/2009 to 02/07/2009 | $462.04 | $462.04 |
| Jessica Lauren Moran | 01/24/2009 to 02/07/2009 | $394.18 | $394.18 |
| Dawn Pickell | 01/24/2009 to 02/07/2009 | $390.31 | $390.31 |
| Jehvanie Pierre | 01/10/2009 to 02/07/2009 | $796.02 | $796.02 |
| Megan Querry | 01/24/2009 to 02/07/2009 | $373.35 | $373.35 |
| Victoria Savino | 01/17/2009 to 02/07/2009 | $813.77 | $813.77 |
| Anne Marie Schwam | 01/24/2009 to 02/07/2009 | $289.64 | $289.64 |

| | | | |
|---|---|---|---|
| Guerson Souffrant | 01/17/2009 to 02/07/2009 | $814.56 | $814.56 |
| Anna Spaich | 01/10/2009 to 02/07/2009 | $1,001.10 | $1,001.10 |
| Derick Tabertshofer | 01/24/2009 to 02/07/2009 | $520.99 | $520.99 |
| Cheryl Thomas | 01/10/2009 to 02/07/2009 | $355.80 | $355.80 |
| Halle William | 01/24/2009 to 02/07/2009 | $184.32 | $184.32 |
| Thomas Wilson | 01/24/2009 to 02/07/2009 | $383.37 | $383.37 |